## 47041. MATHIS v. PURDY et al.

STOLZ, Judge. In the trial of a negligence action arising out of an automobile collision in a parking lot, the trial court did not commit reversible error in allowing a witness to testify as to the use of a driveway by members of the public based on his personal observations. *McNabb v. State,* 70 Ga. App. 798, 799 (29 SE2d 643); *Stone v. State,* 118 Ga. 705, 716 (45 SE 630, 98 ASR 145); *Sample v. Lipscomb,* 18 Ga. 687 (1); *A. A. A. Highway Exp. v. Hagler,* 72 Ga. App. 519 (34 SE2d 462); *Guy F. Atkinson Co. v. Fimian,* 85 Ga. App. 200, 205 (68 SE2d 236).

*Judgment affirmed. Bell, C.J., and Evans, J., concur.*
SUBMITTED APRIL 3, 1972—DECIDED APRIL 28, 1972—
REHEARING DENIED MAY 24, 1972.

*Robinson, Buice, Harben & Strickland, B. Carl Buice,* for appellant.
*Greer, Sartain & Carey, Jack M. Carey,* for appellees.